IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIAS GONZALEZ, ET AL.,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 19-1422 |
| **SEASHORE FRUIT & PRODUCE, ET AL.** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of May, 2020, upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint (Doc. No. 20), Defendants' Response (Doc. No. 24), and Plaintiffs' Reply (Doc. No. 25), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to file Plaintiffs' Amended Complaint, attached as Exhibit J to Plaintiffs' Motion (Doc. No. 20-13), on the docket in this case. Defendants shall file an answer to the Amended Complaint within **fourteen (14) days** from the date of this Order.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**